IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLARENCE ALLEN,

    Plaintiff,

v.                                    CASE NO. 4:06-cv-00456-MP-WCS

HOWARD CLARK,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that the complaint in this case be dismissed pursuant to 28 U.S.C. § 1915(g)'s three-strike rule. Plaintiff objected at doc. 10. Section 1915(g) provides:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

The Court agrees with the Magistrate Judge that the Plaintiff, while incarcerated, has had three of his prior actions dismissed as frivolous. Also, the Court agrees that Plaintiff does not allege any imminent danger of physical injury and that Plaintiff has not paid the filing fee in full. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _3rd_ day of November, 2006

                      *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge